**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| MICKEY DAVID ECCLES ) | BANKRUPTCY CASE NUMBER 09-14953 |
| HOLLI ANN BRATCHER ) | CHAPTER 7 |
| ) | |
| DEBTORS. ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. That Check #101 issued to Debtors Mickey Eccles and Holli Bratcher on March 26, 2010 in the amount of $346.28, has not been cashed.

3. That Check #101 was mailed on March 26, 2010 to Debtors' Counsel, John T. Sees, at 208 West 4th Street, Marion, Indiana 46952, and a copy of the correspondence in which said check was enclosed was sent to the Debtors, Mickey Eccles and Holli Bratcher at 8450 South 175 East, Fairmount, Indiana 46928 that same date.

4. That the Trustee hereby gives notice that such amount of **$346.28** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of Debtors Mickey Eccles and Holli Bratcher.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of July, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: John T. Sees, 208 West 4th Street, Marion, Indiana 46952, and Mickey Eccles and Holli Bratcher, 8450 South 175 East, Fairmount, Indiana 46928.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven